**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GURSHARAN SINGH PANNU,<br><br>Petitioner,<br><br>v.<br><br>Acting or Current Warden, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-05982-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 23, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE